AO 241
(Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: EASTERN DISTRICT OF NEW YORK |
|---|---|

| Name (under which you were convicted):<br><br>TREVOR TERRY | Docket or Case No.:<br><br>**15-cv-5800** |
|---|---|

| Place of Confinement :<br>NASSAU COUNTY DEPARTMENT OF PROBATION | Prisoner No.: |
|---|---|

| Petitioner (include the name under which you were convicted)<br><br>TREVOR TERRY | v. | Respondent (authorized person having custody of petitioner)<br><br>JOHN FOWLES, DIRECTOR OF NASSAU COUNTY DEPARTMENT OF PROBATION |
|---|---|---|

| The Attorney General of the State of: NEW YORK |
|---|

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   NASSAU COUNTY COURT, 262 OLD COUNTRY RD, MINEOLA, NY 11501

   (b) Criminal docket or case number (if you know): 465N-2012

2. (a) Date of the judgment of conviction (if you know): 03/16/2012

   (b) Date of sentencing: 06/13/2012

3. Length of sentence: 4 MONTHS OF INCARCERATION, 10 YEARS OF PROBATION

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case: POSSESSING A SEXUAL

   PERFORMANCE BY A CHILD (N.Y. PENAL LAW SECTION 263.16)

6. (a) What was your plea? (Check one)

   | | | | | | |
   |---|---|---|---|---|---|
   | ☐ | (1) | Not guilty | ☐ | (3) | Nolo contendere (no contest) |
   | ☑ | (2) | Guilty | ☐ | (4) | Insanity plea |

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ❏ Jury    ❏ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ❏ Yes    ☑ No

8.    Did you appeal from the judgment of conviction?

    ☑ Yes    ❏ No

9.    If you did appeal, answer the following:

(a) Name of court:    SUPREME COURT OF NEW YORK, APPELLATE DIVISION SECOND DEPT

(b) Docket or case number (if you know):    A.D. # 2012-11397

(c) Result:    AFFIRMED

(d) Date of result (if you know):    03/05/2014

(e) Citation to the case (if you know):    115 A.D.3D 683 (2d Dept 2014)

(f) Grounds raised:    FEDERAL DUE PROCESS VIOLATION OCCURRED WHERE DEFENDANT WAS

CONVICTED UPON INSUFFICIENT EVIDENCE AND WHERE GUILTY PLEA WAS NOT

INTELLIGENTLY GIVEN BECAUSE DEFENDANT DID NOT HAVE ADEQUATE NOTICE

OF A CRITICAL ELEMENT OF THE OFFENSE

_____

_____

(g) Did you seek further review by a higher state court?    ☑ Yes    ❏ No

    If yes, answer the following:

    (1) Name of court:    NEW YORK COURT OF APPEALS

    (2) Docket or case number (if you know):

    (3) Result:    DENIED LEAVE TO APPEAL

    (4) Date of result (if you know):    07/24/2014

AO 241
(Rev. 01/15)

(5) Citation to the case (if you know):  2014 N.Y. Slip Op. 98290(U)

(6) Grounds raised:  FEDERAL DUE PROCESS VIOLATION OCCURRED WHERE

DEFENDANT WAS CONVICTED UPON INSUFFICIENT EVIDENCE AND WHERE

GUILTY PLEA WAS NOT INTELLIGENTLY GIVEN BECAUSE DEFENDANT DID NOT

HAVE NOTICE OF A CRITICAL ELEMENT OF THE OFFENSE

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?  ☐ Yes  ☑ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ❏ Yes   ❏ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❑  Yes     ❑   No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1)  First petition:      ❑  Yes      ❑   No

(2)  Second petition:   ❑  Yes      ❑   No

(3)  Third petition:     ❑  Yes      ❑   No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
       laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts
       supporting each ground.

       **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
       state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set
       forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   Petitioner's guilty plea was not intelligently made when he was deprived of notice of a critical

element of the offense and thus his federal due process rights were violated.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner pleaded guilty to an offense which he believed to require only that he possessed illicit pornographic

material. After he entered the plea and before he was sentenced, the New York Court of Appeals concluded that

the statute required proof of an affirmative act taken to obtain the illicit material.  Petitioner did not have

notice of this critical element, and therefore his plea was not intelligently made. This violated his federal right to

due process.

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❐  Yes     ❐  No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐  Yes     ❐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ❏  Yes   ❏  No

(4) Did you appeal from the denial of your motion or petition?  ❏  Yes   ❏  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ❏  Yes   ❏  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

_____

(c)     **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?   ❏ Yes   ❏ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

    _____

    _____

(d)     **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ❏ Yes   ❏ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    (3) Did you receive a hearing on your motion or petition?   ❏ Yes   ❏ No

    (4) Did you appeal from the denial of your motion or petition?   ❏ Yes   ❏ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❏ Yes   ❏ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    _____

    _____

    _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏   Yes     ❏   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏   Yes     ❏   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?          ❏   Yes          ❏   No

(4) Did you appeal from the denial of your motion or petition?          ❏   Yes          ❏   No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?          ❏   Yes          ❏   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)          **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

13.     Please answer these additional questions about the petition you are filing:

    (a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     ☑ Yes     ☐   No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b)     Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     ☐   Yes     ☑ No

        If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     ☐   Yes     ☑ No

        If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241
(Rev. 01/15)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the
        judgment you are challenging:

        (a) At preliminary hearing: _____

        _____

        (b) At arraignment and plea:    Glenn Hardy, 226 Seventh St, Suite 302, Garden City, NY 11530

        _____

        (c) At trial: _____

        _____

        (d) At sentencing:    Glenn Hardy, 226 Seventh St, Suite 302, Garden City, NY 11530

        _____

        (e) On appeal:    Steven A. Feldman, 626 Reckcorp Plaza, Uniondale, NY 11556

        _____

        (f) In any post-conviction proceeding: _____

        _____

        (g) On appeal from any ruling against you in a post-conviction proceeding: _____

        _____

        _____

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are
        challenging?          ☐ Yes    ☑ No
        (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

        _____

        (b) Give the date the other sentence was imposed: _____

        (c) Give the length of the other sentence: _____

        (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
        future?          ☐ Yes    ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
        why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

        _____

        _____

        _____

        _____

        _____

        _____

AO 241
(Rev. 01/15)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:    GRANT THE WRIT OF HABEAS CORPUS AND

VACATE HIS CONVICTION

or any other relief to which petitioner may be entitled.


_____
/S/ DAVID BERNSTEIN (DB-7476)
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on  _____  (month, date, year).


Executed (signed) on    10/07/2015    (date).


_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____
_____
_____
_____